UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY CAPPEL, | |
| Plaintiff, | Civil Action No. 22-2226 (JXN) (ESK) |
| v. | ORDER |
| COUNTY OF ESSEX, ARMANDO B. FONTOURA, Individually and in his official capacity as Sheriff of Essex County, JAMES SPANGO, Individually and in his official capacity as Chief of Essex County Sheriff's Office, JOHN GONCALVES, Individually and in his official capacity as Undersheriff of Essex County, and JOHN/JANE DOES 1-10, | |
| Defendants. | |

**NEALS**, District Judge:

1. On December 21, 2023, the Court granted in part and denied in part Defendants' motion to dismiss Plaintiff's complaint. (ECF Nos. 31-32). Specifically, the Court dismissed Count Two as to Defendant John Goncalves and Counts Three, Four, and Five against all Defendants without prejudice. (ECF Nos. 31-32). Plaintiff had 30 days, or until January 22, 2024, to file an amended complaint that is consistent with the Court's Opinion and Order (ECF Nos. 31-32).

2. To date, Plaintiff has not filed an amended complaint. Accordingly, for all the foregoing reasons, it is hereby,

**ORDERED** that because Plaintiff did not file the amended complaint in the allotted time, the Counts Two, Three, Four, and Five are dismissed with prejudice; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this matter.

DATED: 2/14/2024                                                   s/ Julien Xavier Neals
                                                                                                   **JULIEN XAVIER NEALS**
                                                                                                   United States District Judge